THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL J. FLYNN; and DENNIS LEE MONTGOMERY and BRENDA KATHLEEN MONTGOMERY, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NV MORTGAGE INC. d/b/a Soma Financial d/b/a www.mysoma.com; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA, N.A., successor to the COUNTRYWIDE DEFENDANTS; BAC HOME LOANS SERVICING, LP, successor to the COUNTRYWIDE DEFENDANTS, LP; BANK OF AMERICA CORPORATION, successor to the COUNTRYWIDE DEFENDANTS; and DOES 1-50,<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-00360-RAJ<br><br>**DECLARATION OF JACOB M. DOWNS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND FOR EVIDENTIARY SANCTIONS**<br><br>**NOTED FOR HEARING:<br>NOVEMBER 28, 2014** |

I, Jacob M. Downs, declare and state as follows:

1. I am an attorney with the law firm Lane Powell PC, counsel of record for Bank of America, N.A. and Bank of America Corporation ("Defendants") in this matter. I am over the age of 18, competent to testify and have personal knowledge of the matters set forth in this declaration. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel and For Evidentiary Sanctions.

DECLARATION OF JACOB M. DOWNS IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
AND FOR EVIDENTIARY SANCTIONS - 1

116589.1083/6220905.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

2. On or about July 16, 2014, Plaintiff Michael J. Flynn reached out to schedule a meet and confer regarding the Defendants' Initial Disclosures.

3. A meet and confer call was held on July 18, 2014, wherein counsel Flynn set forth his position that Defendants had failed to meet their Rule 26 obligations because they had not provided copies of documents or identify the documents by category and location. Flynn further stated that he believed Defendants are under an obligation to identify each database where the documents identified in the disclosures reside.

4. Defendants agreed to provide supplemental disclosures, which were served on Plaintiffs on July 21, 2014. The parties subsequently exchanged correspondence regarding the sufficiency of Defendants' Supplemental Disclosures. Attached as **Exhibit A** is a true and correct copy of the e-mail correspondence exchanged between counsel on or about July 21, 2014.

5. The parties subsequently agreed to another meet and confer conference to discuss the disclosures on July 28, 2014.

6. Another meet and confer was held by telephone on or about July 28, 2014, and I followed up that meeting by e-mail dated July 29, 2014 summarizing Defendants' position regarding the fact that their disclosures were adequate under FRCP 26. Attached as **Exhibit B** is a true and correct copy of the e-mail chain dated July 30, 2014.

7. In further effort to avoid a motion to compel, Defendants provided a second Supplemental Disclosure on August 4, 2014. That same day, Defendants also provided Plaintiffs with Defendants' Responses to their Request for Production of Documents.

8. Attached hereto as **Exhibit C** is a true and correct copy of the holding of *Theoharis v. Rongen*, Case No. C13-1345RAJ, 2014 BL 199478 (W.D. Wash. 2014).

9. Attached hereto as **Exhibit D** is a true and correct copy of the lawsuit filed by Plaintiff Michael Flynn against co-Plaintiff Dennis Montgomery on September 28, 2009, in *Flynn v. Montgomery*, C.D. California Bankruptcy Court Case No. 2:10-ap-01305-BB.

10. Attached hereto as **Exhibit E** is a true and correct copy of the article titled "The

DECLARATION OF JACOB M. DOWNS IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
AND FOR EVIDENTIARY SANCTIONS - 2

116589.1083/6220905.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

Man Who Conned the Pentagon" from *Playboy Magazine's* January/February 2010 edition.

11. Attached hereto as **Exhibit F** is a true and correct copy of the *Wikipedia, the free encyclopedia,* page for Dennis L. Montgomery, current as of November 24, 2014.

12. Attached hereto as **Exhibit G** is a true and correct copy of the article titled "Hiding Details of Dubious Deal, U.S. Invokes National Security" from *The New York Times*, dated February 19, 2011.

13. Attached hereto as **Exhibit H** is a true and correct copy of Plaintiffs' FRCP 26(a)(1) Initial Disclosures dated May 15, 2013.

14. Attached hereto as **Exhibit I** is a true and correct copy of the holding of *Obayashi Corp. v. Chartis Specialty Ins. Co.,* No. C11-962 TSZ, 2012 BL 204670 (W.D. Wash. 2012).

15. Attached hereto as **Exhibit J** is a true and correct copy of the article titled "Treasury Dept. anti-foreclosure program 'abysmal,' says watchdog" from *The Center for Public Integrity* website, dated January 27, 2011, updated May 19, 2014.

Executed on November 24, 2014, in .

                             */s/ Jacob M. Downs*
                             Jacob M. Downs, WSBA No. 37982

DECLARATION OF JACOB M. DOWNS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND FOR EVIDENTIARY SANCTIONS - 3

116589.1083/6220905.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2014, I electronically filed the foregoing document: **DECLARATION OF JACOB M. DOWNS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND FOR EVIDENTIARY SANCTIONS** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Paul E. Brain
Brain Law Firm PLLC
1119 Pacific Avenue, Suite 1200
Tacoma, WA 98402
pbrain@paulbrainlaw.com kmiddelton@paulbrainlaw.com jdavenport@paulbrainlaw.com
Attorneys for Plaintiffs Dennis and Brenda Montgomery

Michael J. Flynn, Plaintiff *pro se*

Steven J. Dixson
Jody M. McCormick
WITHERSPOON KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
sjd@witherspoonkelley.com
jmm@witherspoonkelley.com
Withdrawing Attorneys for Defendants

LANE POWELL, PC

By: *s/ Jacob M. Downs*
John S. Devlin, III, WSBA No. 23988
devlinj@lanepowell.com
Jacob M. Downs, WSBA No. 37982
downsj@lanepowell.com
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

Attorneys for Defendants Bank of America, N.A., as successor by merger to Countrywide Bank, FSB and BAC Home Loans Servicing, LP; Countrywide Home Loans, Inc.; and Bank of America Corporation for itself and as successor by merger to Countrywide Financial Corporation

DECLARATION OF JACOB M. DOWNS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND FOR EVIDENTIARY SANCTIONS - 4

116589.1083/6220905.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107