*The Honorable Richard A. Jones*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL J. FLYNN; and DENNIS LEE MONTGOMERY and BRENDA KATHLEEN MONTGOMERY, husband and wife,<br><br>        Plaintiffs,<br><br>   v.<br><br>NV MORTGAGE INC. d/b/a Soma Financial d/b/a www.mysoma.com; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA, N.A., successor to the COUNTRYWIDE DEFENDANTS; BAC HOME LOANS SERVICING, LP, successor to the COUNTRYWIDE DEFENDANTS; BANK OF AMERICA CORPORATION, successor to the COUNTRYWIDE DEFENDANTS; and DOES 1-50,   Defendants. | Case No. 2:13-cv-00360-RAJ<br><br>**STATEMENT RE SETTLEMENT** |

This statement is being filed pursuant to the Court's Order (Docket Text entry) of December 17, 2014. The parties have reached an agreement in principal and the settlement agreement documenting the same is presently being circulated for finalization. However, because the various parties are located in different states, the logistics of obtaining signatures from all parties precludes the parties from filing a Motion for Dismissal at this time. The parties, however, anticipate that an unopposed motion will be made within a matter of days. The Plaintiffs will request in their unopposed motion that the order of dismissal contain certain terms as allowed by Rule 41(a)(2).

DATED this 14th day of January, 2015.

BRAIN LAW FIRM PLLC

By: /s/ Paul E. Brain
Paul E. Brain, WSBA #13438

Counsel for Plaintiffs Dennis Lee Montgomery and Brenda Kathleen Montgomery

By: __/s/__ Michael J. Flynn
Michael J. Flynn, Plaintiff
Attorney Pro Se

LANE POWELL, PC

By: __/s/__ Jacob M. Downs
John S. Devlin, III, WSBA #23988
Jacob M. Downs, WSBA #37982

Counsel for Defendants Bank of America N.A. as successor by merger to Countrywide Bank FSB and BAC Home Loans Servicing LP; Countrywide Home Loans Inc.; and Bank of America Corporation for itself and as successor by merger to Countrywide Financial Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States of America and a resident of the State of Washington, am over the age of twenty-one years, am not a party to this action, and am competent to be a witness herein.

Pursuant to Fed. R. Civ. P. 5(b) and RCW 9A.72.085, I hereby certify that on the 14th day of January, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

***Plaintiff, Pro Se:***

Michael J. Flynn (mike@mjfesq.com)

***Counsel for Defendants Bank of America N.A. as successor by merger to Countrywide Bank FSB and BAC Home Loans Servicing LP; Countrywide Home Loans Inc.; and Bank of America Corporation for itself and as successor by merger to Countrywide Financial Corporation***

John S. Devlin III (devlinj@lanepowell.com)

Jacob M. Downs (downsj@lanepowell.com)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

[none]

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 14th day of January, 2015, at Tacoma, Washington.

*/s/ Kim Middleton*
Kim Middleton