MICHAEL J. FLYNN, ESQ.
P.O. Box 690
Rancho Santa Fe, CA 92067

Telephone: (858) 775-7624
Email: mike@mjfesq.com

**ADMITTED ONLY IN MASSACHUSETTS**

January 22, 2015

**VIA FACSIMILE: (206) 370-8534**
The Honorable Richard A. Jones
United States Courthouse
700 Stewart Street, Suite 13128
Seattle, WA 98101 – 9906

**Re: Case No. 2:13-cv-00360-RAJ; Unopposed Motion to Dismiss**

Dear Judge Jones:

I am one of the Plaintiffs in the above-referenced case. As you may have seen by the recent unopposed motion to dismiss the case filed pursuant F.R.C.P. 42(a)(2) (Docket No. 64), all Parties to this case have reached a settlement.

As a result, the Plaintiffs filed the motion to dismiss. The motion to dismiss is unopposed by the Defendants. However, the Defendants did not want to formally "join" the motion. As a result, and as required by the Court's Local Rules, the motion to dismiss had to be formally noted as a Fourth Friday motion on the Court's calendar instead of a Same-Day motion.

Nevertheless, because the motion to dismiss is unopposed by the Defendants, I respectfully request that the Court grant the motion forthwith. The sooner the motion is granted, the sooner the Parties will be able to consummate the terms of their settlement.

I am copying this letter to counsel of record Paul Brain and Jake Downs via email.

Sincerely,

_____
Michael J. Flynn, Plaintiff

cc: Paul Brain (pbrain@paulbrainlaw.com); Jacob Downs (downsj@lanepowell.com)

Michael J. Flynn
P.O. Box 690
Rancho Santa Fe, CA 92067

DENVYER
CO 802
28 JAN '15
PM 4 L

US POSTAGE
$ 00.48
First-Class
Mailed From 80202
01/28/2015
032A 0061803543

The Honorable Richard A. Jones
United States Courthouse
700 Stewart Street, Suite 13128
Seattle, WA 98101-9006

981014 4778